**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Harley** First Name | **Ryan** Middle Name | **Lattig** Last Name |
| Debtor 2 (Spouse if, filing) | **Mary** First Name | **Rose** Middle Name | **Lattig** Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 17-14304

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **993 Lake Minsi Drive Bangor, PA 18013  Northampton County<br>2 bedroom, 1 bath single-family home located at Upper Mount Bethel Township, Northampton County, PA.**<br>Line from *Schedule A/B*: **1.1** | $132,500.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **ADD: Deer Haven Road Wesley, ME 04686  Washington County<br>2 unimproved lots**<br>Line from *Schedule A/B*: **1.2** | $11,800.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2008 AMEND: Dodge Ram 2500 Quad Cab SXT 94,000 miles<br>Fair condition.  In Debtors' possession.**<br>Line from *Schedule A/B*: **3.1** | $12,597.00 | ■ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2008 AMEND: Dodge Ram 2500 Quad Cab SXT 94,000 miles<br>Fair condition.  In Debtors' possession.**<br>Line from *Schedule A/B*: **3.1** | $12,597.00 | ■ $5,502.61<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| | | | |
|---|---|---|---|
| Debtor 1 **Harley Ryan Lattig** | | | |
| Debtor 2 **Mary Rose Lattig** | | Case number (if known) | **17-14304** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2012 Dodge Durango 65,378 miles Good condition. In Debtors' possession.**<br>Line from *Schedule A/B*: **3.2** | $14,911.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Kitchenware; kitchen table/chairs; refrigerator; dishwasher; microwave; stove/oven; washer/dryer; coffee maker; toaster; sofas; chairs; coffee tables; endtables; lamps. Held for Debtors' personal use, no single item of which exceeds $600 in value.**<br>Line from *Schedule A/B*: **6.1** | $2,400.00 | ■ $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Beds; dressers; nightstands; clocks; vaccum; bedding; linens; music; movies; misc. household goods, furniture & furnishings; groceries; cleaning supplies. Held for Debtors' personal use, no single item of which exceeds $600 in value.**<br>Line from *Schedule A/B*: **6.2** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Lawn & garden equipment; misc. tools. Held for Debtors' personal use, no single item of which exceeds $600 in value.**<br>Line from *Schedule A/B*: **6.3** | $650.00 | ■ $650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **2014 Skag Zero Turn mower. In Debtors' possession.**<br>Line from *Schedule A/B*: **6.4** | $5,500.00 | ■ $2,836.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **2 TVs; laptop computer; printer; DVD/VCR; Wii & games; cell phones. Held for Debtors' personal use, no single item of which exceeds $600 in value.**<br>Line from *Schedule A/B*: **7.1** | $850.00 | ■ $850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Books; pictures. In Debtors' possession.**<br>Line from *Schedule A/B*: **8.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Fishing gear; archery equipment. In Debtors' possession.**<br>Line from *Schedule A/B*: **9.1** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Shotgun; pistol; 5 rifles; ammo. In Debtors' possession.**<br>Line from *Schedule A/B*: **10.1** | $2,600.00 | ■ $2,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Harley Ryan Lattig** | | |
| Debtor 2 | **Mary Rose Lattig** | Case number (if known) | **17-14304** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothing in Debtors' possession.**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Jewelry: 2 wedding bands; engagement ring; misc. gold & costume jewelry. In Debtors' possession.**<br>Line from *Schedule A/B*: **12.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **2 dogs; cat. In Debtors' possession.**<br>Line from *Schedule A/B*: **13.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Cash in Debtors' possession.**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking Acct. *****1912: Santander Bank<br>Bangor, PA<br>(BAL. AS OF 6/22/17)**<br>Line from *Schedule A/B*: **17.1** | $164.49 | ■ $164.49<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings Acct. *****2872: Santander Bank<br>Bangor, PA<br>(BAL. AS OF 6/22/17)**<br>Line from *Schedule A/B*: **17.2** | $245.57 | ■ $245.57<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking Acct. *****1276: Santander Bank<br>Bangor, PA<br>(BAL. AS OF 6/22/17)**<br>Line from *Schedule A/B*: **17.3** | $625.85 | ■ $625.85<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **AMENDED: Outdoorsman's Warehouse of PA, LLC Assets:<br>Santander Business Checking Acct. ******6285<br>Balance: $336.43 as of 6/22/17<br><br>Santander Business Checking Acct. ****6897<br>Balance: $6,380.00 as of 6/22/17<br><br>Inventory:<br>4 demo suppressors   $1500.00**<br>Line from *Schedule A/B*: **19.1** | $7,597.39 | ■ $7,597.39<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1 **Harley Ryan Lattig**
Debtor 2 **Mary Rose Lattig**                                   Case number (if known) **17-14304**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Pension - NON-ESTATE PROPERTY: Lehigh Valley Hospital & Health Net Inc./VALIC Employer-sponsored.**<br>Line from *Schedule A/B*: **21.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E)** |
| **401(b) Plan - NON-ESTATE PROPERTY: Lehigh Valley Hospital & Health Net Inc. Employer-sponsored.**<br>Line from *Schedule A/B*: **21.2** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E)** |
| **Connecticut General Life Insurance Co. (Cigna) Administered By: Infosys McCamish Systems, LLC Group Universal Life Insurance Group Policyholder: Trustee for the National Employer Group Insurance Trust Group Policy No.: \*\*\*270E Certificate No.: \*\*\*6935**<br>Line from *Schedule A/B*: **31.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| **Voya Financial - Universal Life Insurance Policy #RL\*\*\*5115M Reliastar Life Insurance Co. Beneficiary: Mary Rose Lattig**<br>Line from *Schedule A/B*: **31.2** | $3,755.29 | ■ $3,755.29<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |
| **Voya Financial - Universal Life Insurance Policy #RL\*\*\*5116J Reliastar Life Insurance Co. Beneficiary: Harley Ryan Lattig**<br>Line from *Schedule A/B*: **31.3** | $2,536.28 | ■ $1,536.28<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |
| **POS System from business. Purchased by Debtor personally. (Monitor, server, cash drawer, 2 laptops).**<br>Line from *Schedule A/B*: **53.1** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes